UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:12-00208 |
| | ) | JUDGE SHARP |
| ANTHONY DALE STEVENSON | ) | |

## O R D E R

Pending before the Court is Defendant's Motion to Continue Plea Hearing (Docket No. 33) to which the Government does not oppose.

The motion is GRANTED and the plea hearing scheduled for January 10, 2014, is hereby rescheduled for Friday, February 14, 2014, at 1:30 p.m.

IT IS SO ORDERED.

*/s/ Kevin H. Sharp*
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE