UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:12-00208 |
| | ) | JUDGE SHARP |
| ANTHONY DALE STEVENSON | ) | |

**O R D E R**

Due to a calendar conflict, the plea hearing scheduled for May 2, 2014, is hereby rescheduled for Monday, May 19, 2014, at 3:30 p.m.

IT IS SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE