UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:12-00208 |
| | ) | JUDGE SHARP |
| ANTHONY DALE STEVENSON | ) | |

**O R D E R**

Pending before the Court is Defendant's Motion to Continue Plea Hearing (Docket No. 50). This is the <u>sixth</u> motion to continue. The motion is GRANTED and the plea hearing scheduled for June 16, 2014, is hereby rescheduled for Tuesday, July 8, 2014, at 1:30 p.m. This is a firm setting and will not be reset absent a showing of extraordinary circumstances.

The June 24, 2014 trial is continued contingent on Defendant filing a waiver of speedy trial.

IT IS SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE