UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CASE NO. 3:12-00208 |
| | ) JUDGE SHARP |
| ANTHONY DALE STEVENSON | ) |

**O R D E R**

Due to a calendar conflict, the plea hearing set for July 8, 2014, is hereby rescheduled for Thursday, July 17, 2014, at 1:30 p.m.

IT IS SO ORDERED.

*Kevin H. Sharp*
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE