UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:12-00208 |
| | ) | JUDGE SHARP |
| ANTHONY STEVENSON | ) | |

MOTION TO TRANSFER TO TENNESSEE DEPARTMENT OF CORRECTION

Comes now, Anthony Stevenson, by and through counsel, and requests this Honorable Court to issue an order to have him transported back to Tennessee Department of Corrections (TDOC); specifically, Morgan County Correctional Complex, 541 Wayne Cotton Morgan Drive, Wartburg, Tennessee, 37887. In support of said motion, Mr. Stevenson presents the following:

1. Mr. Stevenson was served with a Writ of Habeas Corpus Ad Prosquendum entered November 9, 2012. Mr. Stevenson made his initial appearance before the Honorable Magistrate Judge Griffin on December 19, 2012. At the conclusion of the hearing, The Honorable Judge Griffin ordered that Mr. Stevenson be transported back to Morgan County Correctional Facility. (Docket Entry #11).

2. Mr. Stevenson was taken to the Warren County Detention Center in Bowling Green, Kentucky, pursuant to a Writ of Habeas Corpus issued on April 24, 2014. He arrived at the Warren County Detention Center on May 5, 2014.

3. Mr. Stevenson appeared before this Honorable Court on July 17, 2014, and entered a plea of guilty. Through counsel, Mr. Stevenson requested to be transported back to Morgan County Correctional Complex so that he could attend the prepaid college courses. This Honorable Court granted his request and even set the Sentencing Hearing on January 9, 2015, so that Mr. Stevenson could complete the semester without forfeiting his money.